UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
PEDRO CEVALLOS, *on behalf of himself and all others* :
*similarly situated*, :
:
                               Plaintiff, :    23 Civ. 3625 (JPC)
:
               -v- :    <u>ORDER</u>
:
MANGIA 23RD STREET LLC, *et al.*, :
:
                              Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by October 19, 2023.

       SO ORDERED.

Dated: October 4, 2023
       New York, New York

                                                               JOHN P. CRONAN
                                                    United States District Judge