**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

PEDRO CEVALLOS, *individually and on behalf of*
*others similarly situated,*

                 *Plaintiff,*

      -against-

MANGIA 23RD STREET LLC (D/B/A MANGIA),
MANGIA 57, INC. (D/B/A MANGIA), SASHA
MUNIAK, PAWEL KOSZALKA, and PIOTR W
LAKOTA,

               *Defendants.*

-----------------------------------------------------------------X

Docket No. **1:23-cv-03625**

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On October 13, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, PEDRO CEVALLOS, have judgment against MANGIA 23RD STREET

LLC (D/B/A MANGIA), MANGIA 57, INC. (D/B/A MANGIA), SASHA MUNIAK, PAWEL

KOSZALKA, and PIOTR W LAKOTA, jointly and severally, in the amount of Thirty Thousand

Dollars and Zero Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                         _____

                         JOHN P. CRONAN
                         UNITED STATES DISTRICT COURT JUDGE
                         SOUTHERN DISTRICT OF NEW YORK