UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PEDRO CEVALLOS, *individually and on behalf of others similarly situated,*

              *Plaintiff*,

    -against-

MANGIA 23RD STREET LLC (D/B/A MANGIA), MANGIA 57, INC. (D/B/A MANGIA), SASHA MUNIAK, PAWEL KOSZALKA, and PIOTR W LAKOTA,

              *Defendants.*

-----------------------------------------------------------------X

No. 23 Civ. 3625 (JPC)

**JUDGMENT**

## **JUDGMENT**

On October 13, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, PEDRO CEVALLOS, have judgment against MANGIA 23RD STREET LLC (D/B/A MANGIA), MANGIA 57, INC. (D/B/A MANGIA), SASHA MUNIAK, PAWEL KOSZALKA, and PIOTR W LAKOTA, jointly and severally, in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated:  October 17, 2023

                                                          _____
                                                          JOHN P. CRONAN
                                                          UNITED STATES DISTRICT COURT JUDGE
                                                          SOUTHERN DISTRICT OF NEW YORK